19-6586-Snow

# United States District Court
## Northern District of Texas
Dallas Division

US MARSHALS SERVICE N/TX
DALLAS, TEXAS

2019 SEP 10 P 12:48

UNITED STATES OF AMERICA

V.

CHUPEE ERNEST JOE

CASE NUMBER: 3:18-cr-00590-M

MAG. CASE NUMBER: _____

To: The United States Marshal
and any Authorized United States Officer

## WARRANT FOR ARREST OF DEFENDANT

You are hereby commanded to arrest the within-named defendant and bring him/her, forthwith, before the United States District Court to answer charges that he/she violated the conditions of his/her pretrial release imposed by the Court.

NAME OF DEFENDANT:

CHUPEE ERNEST JOE

ADDRESS (STREET, CITY, STATE):

UNKNOWN

TO BE BROUGHT BEFORE (JUDGE, NAME OF COURT, CITY, STATE):

U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS, DALLAS DIVISION

_____         s/ A. Aguilar                         9/9/2019
Karen Mitchell, U.S. District Court Clerk   (By) Deputy Clerk                   Date

## RETURN

Warrant received and executed.

Date Received _____   Date Executed _____

Executing Agency (Name and Address)

Name: _____   (By) _____   Date: _____

1074910l

UNITED STATES DISTRICT COURT
PROBATION AND PRETRIAL SERVICES
NORTHERN DISTRICT OF TEXAS



US MARSHALS SERVICE N/TX
DALLAS, TEXAS

UNITED STATES OF AMERICA )
)
v. )   Case No. 3:18-CR-0590-M(01)
)
CHUPEE ERNEST JOE )
)

## Report of Violation of Conditions of Pretrial Release

COMES NOW Mirenda R. Kirksey, U.S. Probation Officer, presenting a report to the Court upon the conduct of defendant, Chupee Ernest Joe, who was placed on pretrial release supervision by the Honorable Magistrate Judge Irma C. Ramirez sitting in the Court at Dallas, on February 13, 2019; however, he was not released until February 15, 2019, under the following conditions:

(3) The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(7e) The defendant must not obtain a passport or other international travel document.

(7f) The defendant must abide by the following restrictions on personal association, residence, or travel: Travel restricted to the Northern District of Texas and residence of Third-Party Custodian, Stephanie Joe, a 10501 Elk Hollow Drive in Fort Worth, Texas, unless permission received from the U.S. Probation Officer

The undersigned has information that the defendant has violated such conditions in each of the following respects:

On February 14, 2019, Supervising U.S. Probation Officer Bruno Perez notified the defendant's sister, Stephanie Joe, of the conditions ordered by the Court for the defendant's release from custody. Ms. Joe agreed to act as the third-party custodian for the defendant's release and for the defendant to reside at her home at 10501 Elk Hollow Drive. On February 20, 2019, the defendant reported to the Fort Worth Probation Office and this officer reiterated the conditions imposed by the Court. On February 21, 2019, this officer conducted a home assessment at the Elk Hollow Drive residence and contact was made with Ms. Joe, her boyfriend, and the defendant.

On August 2, 2019, the defendant reported to the probation office for his monthly visit, and made contact with Supervising U.S. Probation Officer Staci Bradford. On August 22, 2019, the defendant contacted this officer, via telephone, as previously instructed and reported no changes and/or problems while on supervision. On August 26, 2019, this officer attempted to conduct a home visit at the Elk Hollow Drive residence, and no one was home. On August 27, 2019, the defendant contacted this officer, via telephone, and left a message that he received the business card left at his residence the prior day.

On September 3 and 4, 2019, this officer received notice the defendant was present at Miami International Airport in Miami, Florida, and his name was entered into the National Crime Information Center database by customs officers. On September 4, 2019, the defendant reported to the probation office at approximately 12 p.m. where he made contact with Supervising U.S. Probation Officer Carol Foreman (SUSPO Foreman) on behalf of this officer. The defendant acknowledged, verbally and in writing, he had been present in Miami, Florida, where he had contact with law enforcement. He was verbally reprimanded

CERTIFIED A TRUE COPY of original
on file in my office on 9/9/19
Clerk, U.S. District Court
Northern District of Texas
By: _____ Deputy

Report of Violations of Conditions
Chupee Ernest Joe

by SUSPO Foreman for traveling outside the Northern District of Texas without permission and failing to advise this officer he had contact with law enforcement. He was instructed to contact this officer by phone on September 6, 2019.

On September 5, 2019, this officer confirmed with a Customs and Border Patrol Officer at Miami International Airport that the defendant departed the United States on August 2, 2019, on Spirit Airline Flight No. 633 from Ft. Lauderdale, Florida, for destination to Santiago, Dominican Republic. Travel records reflect on September 3, 2019, the defendant returned to the United States from Dominican Republic, first traveling to Miami on American Airline Flight No. 1306. Records further revealed the defendant purchased the airline tickets the day of his flights, and he subsequently purchased a ticket on Spirit Airline Flight No. 633, which departed from Ft. Lauderdale for Dominican Republic at 2359 hours on September 4, 2019, and arrived in Santiago, Dominican Republic at 0159 hours. Based on his travel records, it appears all contact made by the defendant, via telephone, took place while residing in the Dominican Republic, where he resided for at least 30 days and all contact made in the office was made in between his unauthorized travel to the Dominican Republic. Thus, the defendant did not reside at the Elk Hollow Drive residence with the third-party custodian, as instructed. In addition, the defendant has not requested permission to travel outside the Northern District of Texas.

On September 6, 2019, the defendant attempted to contact this officer on numerous occasions, and return calls were attempted at 11:44 am; 1 pm; and 1:40 pm. At 1:40 pm, this officer successfully contacted the defendant by telephone and inquired as to his whereabouts, as he had been instructed to report to the probation office at 1 pm. The defendant advised he was in Fort Worth, but afraid to report to the office, because he would be arrested. He stated he needed to talk to this officer, via phone, before he reported. On more than one occasion, the defendant was provided a directive to report to the probation office for further dialogue of his violations. During the conversation, this officer questioned if the defendant was unable to report to the office because he was outside the United States. The defendant became emotional and upset and began screaming at the officer, stating he "was not ready to be taken into custody," and if this officer would "just listen" to him for two minutes, he "could explain." This officer again advised the defendant to report to the office as instructed and the phone call was discontinued.

That same day at 2:14 pm, this officer contacted the Command Post at Miami International Airport and Border Protection Officer Hernandez confirmed the defendant departed from Ft. Lauderdale and arrived in Santiago on the above reflected dates and times. Officer Hernandez advised that during his earlier travel, the defendant was directed to a secondary screening, due to his alert through National Crime Information Center database. The defendant provided a statement to law enforcement agents that he was traveling to the Dominican Republic for 30 days to visit family and that his employment was as a construction contractor for Visual Execs. During his encounter with law enforcement, the defendant was in possession of $1,000 on his person and he presented a United States Passport, No. 599826795, issued to him on July 16, 2019, for exit from the United States and entrance into Dominican Republic. When completing State Department Form DF-64 to obtain the new passport, the defendant noted his prior passport was "destroyed by ashes," thus he was in need of a replacement passport. (The defendant surrendered his prior United States Passport No. 534141954, as court-ordered, and documented by the Northern District of Texas, District Clerk, Dallas Division on February 14, 2019.) Thus, the defendant violated conditions by obtaining a new passport.

Report of Violations of Conditions
Chupee Ernest Joe

The undersigned suggests to the Court that a warrant be issued for the arrest of the defendant, and that a hearing be scheduled for consideration of revocation of the defendant's conditions of pretrial release.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 6, 2019                Approved,

s/Mirenda R. Kirksey                         s/Carol Foreman
U.S. Probation Officer                       Supervising U.S. Probation Officer
Ft Worth                                     817-840-0744
817-900-1863
Fax: 817-978-3726

Report of Violations of Conditions
Chupee Ernest Joe

## Order

Having considered the report of the Probation Office pertaining to possible violations by defendant, Chupee Ernest Joe, of his/her conditions of pretrial release, the court ORDERS that:

☐ No action be taken.

☐ The Order Setting Conditions of Release is modified to include the following:

☐ A summons be issued and the defendant appear before a judge of this court to determine whether his/her conditions of pretrial release should be revoked.

☒ A violator's warrant be issued, and the above-named defendant be arrested forthwith and brought before a judge of this court to determine whether his/her conditions of pretrial release should be revoked. Petition and warrant sealed and not be distributed to counsel of record until effectuated.

☐ The office of the U.S. Attorney for the Northern District of Texas file a motion to revoke the conditions of the defendant's pretrial release, consistent with the information contained in the foregoing Report, and take such steps as are necessary to present such motion at the hearing thereon.

☐ File under seal until further order of the Court.

Irma C. Ramirez
U.S. Magistrate Judge

7/8/19
Date

Page 4 of 4

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHUPEE ERNEST JOE | No. 3-18:CR-590-M<br>**(Supersedes Indictment returned November 20, 2018)** |

## SUPERSEDING INDICTMENT

The Grand Jury Charges:

Introduction

At all times material to this Superseding Indictment:

1. The Internal Revenue Service of the Department of the Treasury ("IRS") was an agency of the United States government responsible for the collection of federal income taxes owed by individual taxpayers.

2. Each year, depending on the amount of their taxable income, individual taxpayers were required to file a U.S. Individual Income Tax Return showing their taxable income, exemptions, and deductions and any tax payable or refund due.

3. IRS procedures permitted taxpayers to electronically file U.S. Individual Income Tax Returns through a return preparer authorized to transmit tax return information by electronic data transmission to an approved IRS service center.

4. During the period of 2013 to 2016, the defendant, **Chupee Ernest Joe** operated a tax preparation business known as Chupee Express Tax located in Irving,

**Superseding Indictment - Page 1**

Case 3:18-cr-00590   Document 28   Filed 10/09/19   Page 2 of 7   PageID 55

Texas. During this period he routinely prepared U.S. Individual Income Tax Returns, Forms 1040 and 1040A, for clients.

Counts One through Twelve
Aiding and Assisting in the Preparation and Presentation
of False and Fraudulent Individual Income Tax Returns
(Violations of 26 U.S.C. § 7206(2))

1. The Grand Jury realleges and incorporates by reference the allegations contained in paragraphs 1 through 4 of the Introduction to this Superseding Indictment, as if fully set forth.

2. On or about the dates listed below, within the Northern District of Texas, defendant, **Chupee Ernest Joe**, did willfully aid and assist in, and procure, counsel, and advise the preparation and presentation to the Internal Revenue Service, of U.S. Individual Income Tax Returns, Forms 1040 and 1040A, either individual or joint, for the taxpayers and calendar years set forth below, each of which was false and fraudulent as to a material matter, in that they represented that the taxpayers were entitled, under the provisions of the Internal Revenue laws, to claim deductions and/or credits for items in the amounts hereinafter specified, whereas, the defendant then and there knew, the taxpayers were not entitled to claim the deductions and/or credits in the claimed amounts:

| Count | Date | Taxpayer | Year | False Item | Amount |
|---|---|---|---|---|---|
| 1. | 3/28/2017 | Y.A. | 2016 | American Opportunity Credit, Line 68 | $890 |
|  |  |  |  | Unreimbursed Employee Business Expenses Schedule A, Line 21 | $10,892 |

| | | | | | |
|---|---|---|---|---|---|
| 2. | 2/23/2017 | H.O. | 2016 | American Opportunity Credit, Line 68 | $1,000 |
| | | | | Unreimbursed Employee Business Expenses Schedule A, Line 21 | $13,114 |
| 3. | 3/01/2017 | S.G. | 2016 | Education Credit Line 50 | $900 |
| | | | | American Opportunity Credit, Line 68 | $600 |
| | | | | Unreimbursed Employee Business Expenses Schedule A, Line 21 | $14,170 |
| 4. | 3/04/2017 | V.C. | 2016 | Education Credit Line 50 | $900 |
| | | | | American Opportunity Credit, Line 68 | $600 |
| | | | | Unreimbursed Employee Business Expenses Schedule A, Line 21 | $27,167 |
| | | | | Schedule C, Line 31 | -$3,880 |
| 5. | 2/02/2017 | A.K. | 2016 | American Opportunity Credit, Line 68 | $1,000 |
| | | | | Unreimbursed Employee Business Expenses Schedule A, Line 21 | $12,549 |
| | | | | Schedule C, Line 31 | -$3,469 |
| 6. | 1/31/2017 | A.B. | 2016 | American Opportunity Credit, Line 44 | $1,000 |

| 7. | 2/26/2017 | J.Y. | 2016 | American Opportunity Credit, Line 68 | $1,000 |
| | | | | Unreimbursed Employee Business Expenses Schedule A, Line 21 | $10,015 |
| | | | | Schedule C, Line 31 | -$4,486 |
| 8. | 1/24/2017 | C.A. | 2016 | American Opportunity Credit, Line 68 | $1,000 |
| | | | | Unreimbursed Employee Business Expenses Schedule A, Line 21 | $11,256 |
| | | | | Schedule C, Line 31 | -$2,496 |
| 9. | 2/02/2017 | J.W. | 2016 | Education Credit Line 50 | $870 |
| | | | | Unreimbursed Employee Business Expenses Schedule A, Line 21 | $19,772 |
| 10. | 4/06/2017 | J.M. | 2016 | American Opportunity Credit, Line 68 | $1,000 |
| | | | | Unreimbursed Employee Business Expenses Schedule A, Line 21 | $9,918 |
| | | | | Schedule C, Line 31 | -$8,049 |
| 11. | 2/10/2017 | L.A.J. | 2016 | American Opportunity Credit, Line 68 | $1,000 |
| 12. | 2/04/2017 | M.A.J. | 2016 | American Opportunity Credit, Line 68 | $1,000 |

In violation of 26 U.S.C. § 7206(2).

Count Thirteen
False Statement in Application for a Passport
Committing an Offense on Release
(Violations of 18 U.S.C. § 1542, and 3147(1))

On or about July 19, 2019, in the Dallas Division of the Northern District of Texas, **Chupee Ernest Joe**, defendant, did willfully and knowingly make a false statement in an application for a passport with intent to induce and secure the issuance of a replacement passport under the authority of the United States for the use of the defendant, contrary to the laws regulating the issuance of passports, by falsely representing in Form DS-64 that his prior passport was "destroyed ashes," when in fact as the defendant well knew, he had surrendered his passport to the clerk of the court for the Northern District of Texas.

Defendant, **Chupee Ernest Joe**, committed aforesaid offense while he was on pretrial release pursuant to an order of the United States District Court for the Northern District of Texas, issued February 13, 2019, in Case No. 3:18-CR-590-M, which order notified defendant of the potential effect of committing an offense while on pretrial release.

In violation of 18 U.S.C. §§ 1542 and 3147(1).

A TRUE BILL

_____/_____
FOREPERSON

ERIN NEALY COX
UNITED STATES ATTORNEY

_____
CHRISTOPHER STOKES
Assistant United States Attorney
State of Texas Bar No. 19267600
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214.659.8600
Facsimile: 214.659.8812
Email: christopher.stokes@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

CHUPEE ERNEST JOE

INDICTMENT

26 U.S.C. § 7206(2)
Aiding and Assisting in the Preparation and presentation of False and fraudulent Individual Income Tax Returns
(Counts 1-12)

18 U.S.C. § 1542 and 3147(1)
False Statements in Application for a Passport, Committing an Offence on Release
(Counts 13)

13 Counts

A true bill rendered

DALLAS _____ FOREPERSON

Filed in open court this __09__ day of October, 2019.

**Warrant to be Issued**

_____
UNITED STATES DISTRICT JUDGE
Criminal Case Pending:
3:18-CR-590-M

# U.S. District Court
## Northern District of Texas (Dallas)
### CRIMINAL DOCKET FOR CASE #: 3:18-cr-00590 All Defendants

Case title: USA v. Joe                                     Date Filed: 11/20/2018

Assigned to: none Unassigned
VJDistrict

**Defendant (1)**

**Chupee Ernest Joe**                     represented by   **Michael Kawi-FPD**
                                                          Federal Public Defender - Dallas
                                                          525 S Griffin Street #629
                                                          Dallas, TX 75202
                                                          214-767-2746
                                                          Fax: 214-767-2886
                                                          Email: michael_kawi@fd.org
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*
                                                          *Designation: Federal Public Defender Appointment*
                                                          *Bar Status: Admitted/In Good Standing*

                                                          **Federal Public Defender**
                                                          Federal Public Defender - Dallas
                                                          525 Griffin St
                                                          Suite 629
                                                          Dallas, TX 75202
                                                          214-767-2746
                                                          Fax: 214-767-2886
                                                          Email: jason_hawkins@fd.org
                                                          *TERMINATED: 02/14/2019*
                                                          *Designation: Federal Public Defender Appointment*
                                                          *Bar Status: Admitted/In Good Standing*

**Pending Counts**                                        **Disposition**

26 USC § 7206(2) Aiding and Assisting
in the Preparation and Presentation of
False and Fraudulent Individual Income
Tax Returns
(1-12)

26 U.S.C. § 7206(2): Aiding and
Assisting in the Preparation and

Presentation of False and Fraudulent Individual Income Tax Returns (1s-12s)

18 U.S.C. § 1542, and 3147(1): False Statement in Application for a Passport Committing an Offense on Release (13s)

### Highest Offense Level (Opening)

Felony

### Terminated Counts

None

### Disposition

### Highest Offense Level (Terminated)

None

### Complaints

None

### Disposition

### Plaintiff

USA      represented by      **Christopher Stokes-DOJ**
US Attorney's Office
1100 Commerce St
3rd Floor
Dallas, TX 75242-1699
214-659-8676
Fax: 214-767-4104
Email: christopher.stokes@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: US Attorney's Office*
*Bar Status: Admitted/In Good Standing*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/08/2019 | | Arrest of Chupee Ernest Joe (mcrd) (Entered: 02/08/2019) |
| 02/08/2019 | 6 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Chupee Ernest Joe. Federal Public Defender for Chupee Ernest Joe appointed. (Ordered by Magistrate Judge Irma Carrillo Ramirez on 2/8/2019) (mcrd) (Entered: 02/08/2019) |
| 02/08/2019 | 7 | ***PLEASE DISREGARD, FILED IN ERROR*** Modified on 2/12/2019 (ctf). (Entered: 02/08/2019) |

| 02/08/2019 | 8 | Minute Entry for proceedings held before Magistrate Judge Irma Carrillo Ramirez: Initial Appearance as to Chupee Ernest Joe held on 2/8/2019. Date of Arrest: 2/8/2019 Location interval set to: LC. Attorney Appearances: AUSA - Candy Heath; Defense - Marti Morgan. (No exhibits) Time in Court - :03. (Court Reporter: Digital File) (USPO Zarate.) (epm) (Entered: 02/08/2019) |
|---|---|---|
| 02/08/2019 | 9 | (Document Restricted) CJA 23 Financial Affidavit by Chupee Ernest Joe. (epm) (Entered: 02/08/2019) |
| 02/08/2019 | 10 | Minute Entry for proceedings held before Magistrate Judge Irma Carrillo Ramirez: Arraignment as to Chupee Ernest Joe (1) Count 1-12 held on 2/8/2019. Plea entered by Chupee Ernest Joe: Not Guilty on count(s) 1-12. Location interval set to: LC. Attorney Appearances: AUSA - Candy Heath; Defense - Marti Morgan. (No exhibits) Time in Court - :01. (Court Reporter: Digital File) (USPO Zarate.) (epm) (Entered: 02/08/2019) |
| 02/11/2019 | 11 | TRIAL SETTING ORDER as to Chupee Ernest Joe: Jury Trial set for 4/15/2019 09:00 AM before Chief Judge Barbara M.G. Lynn. Motions due by 3/22/2019. Pretrial Conference set for 4/15/2019 08:30 AM before Chief Judge Barbara M.G. Lynn. Pretrial Materials due by 4/10/2019. Responses due by 3/29/2019. (Ordered by Chief Judge Barbara M.G. Lynn on 2/11/2019) (svc) (Entered: 02/11/2019) |
| 02/11/2019 | 12 | Arrest Warrant Returned Executed on 2/7/2019 as to Chupee Ernest Joe. (svc) (Entered: 02/12/2019) |
| 02/12/2019 | 13 | ORDER OF TEMPORARY DETENTION as to Chupee Ernest Joe. Detention Hearing set for 2/13/2019 02:00 PM before Magistrate Judge Irma Carrillo Ramirez. (Ordered by Magistrate Judge Irma Carrillo Ramirez on 2/12/2019) (mcrd) (Entered: 02/12/2019) |
| 02/13/2019 | 14 | Minute Entry for proceedings held before Magistrate Judge Irma Carrillo Ramirez: Detention Hearing as to Chupee Ernest Joe held on 2/13/2019. Location interval set to: LR. Attorney Appearances: AUSA - Chris Stokes; Defense - Marti Morgan. (No exhibits) Time in Court - :40. (Court Reporter: Digital File) (USPO Perez.) (zkc) (Entered: 02/14/2019) |
| 02/13/2019 | 15 | ORDER Setting Conditions of Release as to Chupee Ernest Joe (1). The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions of release. (Ordered by Magistrate Judge Irma Carrillo Ramirez on 2/13/2019) (zkc) (Entered: 02/14/2019) |
| 02/14/2019 | 16 | (Document restricted to court users only) Receipt for Surrender of Passport as to Chupee Ernest Joe. (zkc) (Entered: 02/14/2019) |
| 02/14/2019 | 17 | NOTICE OF ATTORNEY APPEARANCE by Michael Kawi-FPD (Clerk to Set Designation as: Federal Public Defender Appointment) appearing for Chupee Ernest Joe (Filer confirms contact info in ECF is current.) (Kawi-FPD, Michael) (Entered: 02/14/2019) |
| 02/15/2019 | 18 | Minute Entry for proceedings held before Magistrate Judge Irma Carrillo Ramirez: Bond Hearing as to Chupee Ernest Joe held on 2/15/2019 Location |

| | | |
|---|---|---|
| | | interval set to: LR. Third party custodian sworn and signed Amended Order Setting Conditions of Release. Attorney Appearances: AUSA - None; Defense - None. (No exhibits) Time in Court - :06. (Court Reporter: Digital File) (Interpreter N/A.) (USPO Perez.) (mcrd) (Entered: 02/15/2019) |
| 02/15/2019 | 19 | AMENDED ORDER Setting Conditions of Release as to Chupee Ernest Joe (1). (Ordered by Magistrate Judge Irma Carrillo Ramirez on 2/13/2019) (zkc) (Entered: 02/15/2019) |
| 03/27/2019 | 20 | Unopposed MOTION to Continue *TRIAL AND PRETRIAL DEADLINES* filed by Chupee Ernest Joe (Attachments: # 1 Proposed Order, # 2 Exhibit(s) Defendant's Acknowledgement) (Kawi-FPD, Michael) (Entered: 03/27/2019) |
| 04/01/2019 | 21 | ORDER TO CONTINUE in the Interest of Justice as to Chupee Ernest Joe. Motions due by 6/12/2019. Pretrial Materials due by 7/3/2019. Responses due by 6/19/2019. Jury Trial set for 7/15/2019 09:00 AM before Chief Judge Barbara M.G. Lynn. Pretrial Conference set for 7/15/2019 08:30 AM before Chief Judge Barbara M.G. Lynn. (Ordered by Chief Judge Barbara M.G. Lynn on 4/1/2019) (ndt) (Entered: 04/01/2019) |
| 06/18/2019 | 22 | Unopposed MOTION to Continue *Trial and Pretrial Deadlines* filed by Chupee Ernest Joe (Attachments: # 1 Exhibit(s), # 2 Proposed Order) (Kawi-FPD, Michael) (Entered: 06/18/2019) |
| 06/20/2019 | 23 | ORDER TO CONTINUE in the Interest of Justice as to Chupee Ernest Joe. Pretrial Motions due by 9/10/2019. Responses due by 9/17/2019. Pretrial Materials due by 10/1/2019. Jury Trial set for 10/15/2019 09:00 AM before Chief Judge Barbara M.G. Lynn. Pretrial Conference set for 10/15/2019 08:30 AM before Chief Judge Barbara M.G. Lynn. (Ordered by Chief Judge Barbara M.G. Lynn on 6/20/2019) (ndt) (Entered: 06/20/2019) |
| 09/24/2019 | 26 | Defendant moved to fugitive status. Current trial setting is VACATED and will be reset at a later date. (chmb) (Entered: 09/24/2019) |
| 10/09/2019 | 28 | SUPERSEDING INDICTMENT as to Chupee Ernest Joe (1) count(s) 1s-12s, 13s. (aaa) (Entered: 10/10/2019) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 12/04/2019 14:05:38 | | | |
| **PACER Login:** | ux3612:3044022:0 | **Client Code:** | ux3612 |
| **Description:** | Docket Report | **Search Criteria:** | 3:18-cr-00590 |
| **Billable Pages:** | 3 | **Cost:** | 0.30 |